**J. Mehlman, appellee, v. A. A. Carlson, appellant. Gen. No. 27,766.**
Action of forcible detainer to recover possession of a flat. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed December 5, 1922.

Robert H. Holmes, for appellant. Adams & White, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Feder's Department Store, appellee, v. Harry Goldman, appellant. Gen. No. 27,789.**
Action on contract for the recovery of money due for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922.

Max C. Liss, for appellant. Pritzker & Pritzker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Edward Kahn, appellee, v. William Buckley, appellant. Gen. No. 27,801.**
Action of forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922.

Nichols & Nelson, for appellant. William K. Rapp and Richard A. Koch, for appellee; John W. Leedle, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Ankrum Advertising Agency, appellee, v. Samuel Bloomfield et al., appellants. Gen. No. 27,747.**
Action for services rendered and money expended in advertising. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed December 5, 1922. Rehearing denied December 15, 1922.

Elmer & Cohen, for appellants. Baker, Holder & Schmidt, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Raleigh Manufacturing Company, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 27,770.**
Action of replevin to recover brass rods. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922. Rehearing denied December 18, 1922.

Eastman, White & Hawxhurst and Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham and Homer C. Dawson, of counsel. Tenney, Harding & Sherman, for appellee; Roger Sherman and Harry A. Parkin, of counsel.

Mr. Justice Morrill delivered the opinion of the court.